ESTATE OF Joseph H. CHADWICK, Deceased.

Appeal of Robert E. Chadwick, Jennifer L. Chadwick and Thelma C. White.

Supreme Court of Pennsylvania.

Argued Jan. 30, 2001.

Decided April 9, 2001.

Mary Wade Myers, Philadelphia, for appellants, Robert Chadwick and Thelma White.

Albert M. Sardella, Coatesville, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 9th day of April 2001, the appeal in the above captioned case is dismissed as improvidently granted.

LEON E. WINTERMEYER, INC. and American General Group, Petitioners,

v.

WORKERS' COMPENSATION APPEAL BOARD (MARLOWE), Respondents.

Supreme Court of Pennsylvania.

April 10, 2001.

## ORDER

PER CURIAM:

AND NOW, this 10th day of April, 2001, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

a. Whether the Workers' Compensation Appeal Board (WCAB) effectively negated the credibility determinations of the hearing judge.

b. Whether the Workers' Compensation Appeal Board (WCAB) erred in applying the "capricious disregard" standard of review where petitioners presented non-medical evidence in opposition to respondent's medical evidence.